◼ In the Matter of the Estates of REGINA ZWEIFLER and Another, Deceased. IRVING ZWEIFLER et al., Appellants; ESTELLE PHILLIPS et al., Respondents. — Decree of the Surrogate's Court, Queens County, entered September 19, 1980, affirmed, with costs chargeable against the estate for the reasons set forth in the opinion of Surrogate Laurino. Titone, J.P., Lazer, Weinstein and Thompson, JJ., concur.

◼ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINDA B., Appellant. — Judgment of the Supreme Court, Kings County (Hayes, J.), rendered May 11, 1979 as amended by a resentence imposed October 30, 1979, affirmed. No opinion. Damiani, J.P., Gibbons, Cohalan and O'Connor, JJ., concur.